**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| DALTON MERRITT | ) | CASE NO. 1:21-cv-00067-DRC |
| | ) | |
| Plaintiff, | ) | Judge Douglas R. Cole |
| | ) | |
| v. | ) | |
| | ) | |
| BASF CORPORATION and GATX | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR STATUS CONFERENCE

The undersigned hereby respectfully move this Court to set a Status Conference to address various motions pending before the Court that have been fully briefed and are ripe for adjudication. The grounds for this Motion are set forth below.

Plaintiff filed his Complaint in this matter on January 29, 2021. Defendant BASF Corporation filed a Motion to Dismiss for Failure to State a Claim on June 1, 2021. Plaintiff's Response was filed on June 22, 2021 and Defendant's Reply was filed July 6, 2021.

Defendant GATX filed a Motion for Judgement on the Pleadings on August 11, 2021 and Plaintiff's filed their Response in Opposition on September 1, 2021. Defendant GATX's Reply was filed September 15, 2021. Plaintiff filed his Motion for Leave to File Sur-Reply on September 24, 2021 and Defendant GATX filed their Response in Opposition on October 12, 2021.

This is a personal injury negligence case brought on by a 32-year-old who suffered severe and disabling injuries and any further delay evokes the maxim: justice delayed is justice denied. Accordingly, Plaintiff request for a Status Conference to address whether these motions should be granted.

1

Dated:  October 20, 2022

                                           Respectfully submitted,

                                           */s/ Kevin E. McDermott*
                                           KEVIN E. MCDERMOTT
                                           OH Bar No. 0027813
                                           McDermott & Hickey, LLC
                                           20525 Center Ridge Road, Ste. 200
                                           Rocky River, OH 44116
                                           Telephone: (216) 712-7452
                                           Facsimile: (216) 916-9238
                                           kevin@mcdermotthickeylaw.com

                                              and

                                           DANIEL J. COHEN (admitted Pro Hac Vice)
                                           STEVEN LEE GROVES (admitted Pro Hac Vice)
                                           Groves Powers, LLC
                                           505 N. 7th Street, Ste. 2010
                                           St. Louis, MO 63101
                                           P: 314-696-2300
                                           F: 314-696-2304
                                           dcohen@grovespowers.com
                                           sgroves@grovespowers.com

                                           Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all parties of record on this 20th day of October, 2022, by electronic service upon their counsel of record via the Court's CM/ECF electronic filing system.  Additionally, a file-stamped courtesy copy of the foregoing has been mailed to the following via Federal Express:

Hon. Douglas R. Cole
Judge, United States District Court
Potter Stewart U.S. Courthouse, Room 810
100 East Fifth Street
Cincinnati, Ohio 45202

*/s/ Kevin E. McDermott*
KEVIN E. MCDERMOTT (0027813)

Attorney for Plaintiff