Generated: Jun 9, 2023 10:40AM



# U.S. District Court

## Ohio Southern - Cincinnati

Receipt Date: Jun 9, 2023 10:40AM

RENDIGS, FRY, KIELY AND DENNIS, L. L. P.
600 Vine St.
Suite 2650
Cincinnati, OH 45202

Rcpt. No: 100002077        Trans. Date: Jun 9, 2023 10:40AM        Cashier ID: #BC

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|----|--------------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DOHS121CV000067 /001 GATX Corporation | 1 | 200.00 | 200.00 |

| CD | Tender Type | | | Amt |
|----|-------------|--|--|-----|
| PC | Paper Check Conversion | #251703 | 06/7/2023 | $200.00 |
| | | | Total Due Prior to Payment: | $200.00 |
| | | | Total Tendered: | $200.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: PHV Fee for Doc. 40 In Case 1:21-CV-67

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.