# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DALTON MERRITT,**

       Plaintiff,                    Case No. 1:21-cv-67
                                           JUDGE DOUGLAS R. COLE.

   v.

**BASF CORPORATION, et al.,**

       Defendants.

### ORDER

    This matter is before the Court on counsel Edward Casmere, Esq.'s Motion for leave to withdraw as counsel for Defendant GATX Corporation. The Court having granted the parties an opportunity to be heard, and being in all ways sufficiently advised, Mr. Casmere's Motion is **GRANTED**. Mr. Casmere is hereby removed as counsel for Defendant GATX Corporation in this matter.

    **SO ORDERED.**

_____                      _____
**DATE**                                                  **DOUGLAS R. COLE**
                                                        **UNITED STATES DISTRICT JUDGE**